| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lionel E. Giron, Esq. (SBN: 200450)<br>Kevin tang, Esq. (SBN:291051)<br>Law Offices of Lionel E. Giron<br>337 N.Vineyard Ave., Suite 100<br>Ontario, CA 91764<br>Tel: 909-397-7260; Fax: 909-397-7277<br>Email: ecf@lglawoffices.com<br><br>☐ *Debtor's appearing without attorney*<br>☑ *Attorney for: Debtor* | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Andres Matias**<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: **2:18-bk-13504-WB**<br><br>CHAPTER: **13** |
|---|---|
| | **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE<br>[11 U.S.C. § 506(d)]** |
| | DATE: **08/22/2018**<br>TIME: **1:30 P.M.**<br>COURTROOM: **1375**<br>ADDRESS: **255 E. Temple Street, Los Angeles, CA 90012** |

**TO CREDITOR HOLDING JUNIOR LIEN** (*name*): **Ocwen Loan Servicing and/or Nationwide Credit Inc. and/or Meritage Mortgage Corporation ("Ocwen").**

1. **NOTICE IS HEREBY GIVEN** that on the above date, time and place in the indicated above, Debtor in the above-captioned case will move this court for an order granting the relief set forth in the motion and accompanying supporting documents served and filed herewith.

2. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. *(If you do not have an attorney, you may wish to consult one.)*

3. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than 14 days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

4. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies under penalty of perjury under the laws of the United States of America that the above-stated hearing date and time were available for this type of Motion according to the self-calendaring procedures of the assigned judge, (*specify name of judge*) Judge **Julia W. Brand**.

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017                                    Page 1                                    **F 4003-2.4.JR.LIEN.MOTION**

Executed on (*date*): 07/17/2018

Law Offices of Lionel E. Giron
Printed name of law firm (if applicable)

Lionel E. Giron
Printed name of Debtor or Attorney for Debtor


/s/ Lionel E. Giron
Signature of Debtor or Attorney for Debtor

Case 2:18-bk-13504-WB    Doc 26    Filed 07/17/18    Entered 07/17/18 20:05:44    Desc
Main Document    Page 2 of 13

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017                                     Page 2                          F 4003-2.4.JR.LIEN.MOTION

**MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**
(DEBTOR: <u>Andres Matias</u>)

**NAME OF CREDITOR HOLDING JUNIOR LIEN (Respondent):** <u>Ocwen Loan Servicing</u>

**1. Subject Property:** Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (Lien) encumbering the following real property (Property), which is the principal residence of debtor.

> Street address: <u>426 W. 81st Street</u>
> Unit number: _____
> City, county, state, zip code: <u>Los Angeles, CA 90003</u>

Legal description and /or map/book/page number, including county of recording:
<u>LOT 10 TRACT 4708 / LOS ANGELES COUNTY</u>

☐ See attached page for legal description of Property or document recording number.

**2. Subject Lien**

Date and place of recordation of lien recording instrument number and document recording number (specify)
<u>June 20, 2005 in Los Angeles County - Instrument Number: 05 1572319</u>

**3. Case History:**

> a. A voluntary petition under Chapter ☐ 7 ☐ 11 ☐ 12 ☑ 13 of the Bankruptcy Code, 11 U.S.C. was filed in this case on *(specify petition date):* <u>03/29/2018</u>
>
> b. ☐ An Order of Conversion to Chapter 13 was entered in this case on *(specify date):* _____

**4. Grounds for Avoidance of Junior Lien:**

> a. As of *(date of title review)* <u>06/08/2018</u>, the Property is subject to the following liens in the amounts specified securing the debt against the Property that the Debtor seeks to have treated as indicated:
>
>> (1) *(Name of holder of 1st lien)* <u>U.S. Bank N.A, Served by Mr. Cooper ("Mr. Cooper)</u> in the amount of $ <u>344,927.88</u>.
>>
>> (2) *(Name of holder of 2nd lien)* <u>Ocwen Loan Servicing and/or Nationwide Credit Inc. and/or Meritage Mortgage Corporation ("Ocwen")</u> in the amount of $ <u>102,878.15</u> ☑ is ☐ is not to be avoided;
>>
>> (3) *(Name of holder of 3rd lien)* _____ in the amount of $ _____ ☐ is ☐ is not to be avoided;
>>
>> ☐ See attached page for additional lien(s).
>>
>> As of *(date of valuation/appraisal)* <u>04/15/2018</u>, Property is worth no more than *(value per valuation/appraisal)* $ <u>325,000.00</u>.
>
> b. As shown here, the Creditor holding the judicial lien encumbering the Property is wholly unsecured.
>
> c. **Evidence in Support of Motion:**
>
>> (1) ☑ The amount of the lien identified in paragraph 4(a)(1) is based on *(type of evidence)* <u>Proof of Claim of 1St Lien Mr. Cooper</u>, attached hereto and identified as Exhibit <u>2</u>.
>>
>> (2) ☑ The amount of the lien identified in paragraph 4(a)(2) is based on *(type of evidence)* <u>Mortgage Statement Ocwen</u>, attached hereto and identified as Exhibit <u>3</u>.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017                     Page 3                     **F 4003-2.4.JR.LIEN.MOTION**

(3) ☐ The amount of the lien identified in paragraph 4(a)(3) is based on *(type of evidence)* _____, attached hereto and identified as Exhibit ___.

(4) ☑ The relative priority of the liens encumbering the Property is established by evidence attached as Exhibit  2 and 5.

(5) ☑ The value of the Property from paragraph 4(b) is based on *(type of evidence)* **Appraisal Report**, attached as Exhibit 1.

(6) ☑ Debtor submits the attached Declaration(s).

(7) ☑ Other evidence *(specify/identify supplemental evidence)*: **Verification of Mortgage Account Ocwen** attached as Exhibit 4.

WHEREFORE, Debtor requests that this court issue an order granting this motion in the form of the **Attachment** to this motion. *(Attach a separate Attachment for each lien to be avoided.)*

Date: 07/17/2018                                                                 Respectfully submitted,

/s/ Lionel E. Giron
Signature of Debtor or Attorney for Debtor

**Lionel E. Giron**
Printed name of Debtor or Attorney for Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017                                                Page 4                                **F 4003-2.4.JR.LIEN.MOTION**

**ATTACHMENT TO MOTION/ORDER**
**(11 U.S.C. § 506: VALUATION/LIEN AVOIDANCE)**

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:**
1) **Mr. Cooper**
2) **Ocwen Loan Servicing**

2. **Subject Lien:** Date and place or recordation of lien (*specify*):
   **June 05, 2005 in Los Angeles County - Instrument Number: 05 1572319**

Recorder's instrument number and/or document recording number:
**Instrument Number: 05 1572319**

3. **Collateral:**
   a. Real property (street address, city, county and state, where located, legal description or map/book/page number, including county of recording):
   **426 W. 81st Street, Los Angeles, CA 90003 / LOT 10 TRACT 4708 / LOS ANGELES COUNTY**    . ☐ See attached page.

   b. Other collateral: _____    . ☐ See attached page.

4. **Secured Claim Amount**
   a. Value of Collateral: ................................................................. **$325,000.00**
   b. Senior Liens (reducing equity in the property to which the Subject Lien can attach):
      (1) First lien: ................................................................ (**$344,927.88**)
      (2) Second lien: ........................................................... ($ **102,878.15**)
      (3) Third lien: ............................................................... ($_____)
      (4) Additional senior liens (*attach list*): ........................... ($_____)
      Subtotal: ............................................................................. ($ **447,806.03**)
   c. Secured Claim Amount (negative results should be listed as -$0-): .............. **$0-**
   Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid pro rata with all other nonpriority unsecured claims in Class 5A of the Plan.

5. **Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows. The effective date of avoidance of the Subject Lien (Lien Avoidance Effective Date) will be upon:
   ☑ completion of the Chapter 13 Plan, or ☑ receipt of a Chapter 13 discharge in this case.

6. **Retention of lien until avoidance:** The Creditor Lienholder will retain the Subject Lien for the full amount due under the corresponding note and deed of trust, mortgage or lien if the Debtor's Chapter 13 case is dismissed or converted to any other chapter under the Bankruptcy Code, or if the Collateral is sold or refinanced, prior to the Lien Avoidance Effective Date.

7. **Retention of rights upon foreclosure of other lien:** In the event that the holder of any other lien on the Collateral forecloses on its interest and extinguishes the Creditor Lienholder/Servicer's lien rights prior to the Lien Avoidance Effective Date, the Creditor Lienholder's lien shall attach to any proceeds greater than necessary to pay the senior lien(s) from the foreclosure sale.

☐ See attached page(s) for more liens/provisions.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017    Page 5    F 4003-2.4.JR.LIEN.MOTION

Lionel E. Giron, Esq. (SBN: 200450)
Kevin Tang, Esq. (SBN: 291051)
Law Offices of Lionel E. Giron
337 N. Vineyard Ave, Suite 100
Ontario, CA 91764
Tel: (909)397-7260   Fax: (909)397-7277
Email: ecf@lglawoffices.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| Re:<br><br>**Andres Matias,**<br><br>Debtor | Chapter **13**<br><br>Case No.:  **2:18-bk-13504-WB**<br><br>**SUPPLEMENTAL DECLARATION OF ANDRES MATIAS AS OWNER OF THE COLLATERAL IN SUPPORT OF THE MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br><br>**Hearing Date:**<br>Date:  August 22, 2018<br>Time: 1:30 a.m.<br>Ctrm:  1375<br>Place: 255 E. Temple St., Los Angeles, CA 90012 |

**TO THE HONORABLE JULIA W. BRAND, OFFICE OF THE UNITED STATES TRUSTEE, SECURED CREDITORS, AND THEIR COUNSEL (IF KNOWN) AND TWENTY LARGEST UNSECURED CREDITORS:**

    I, Andres Matias, declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness, I could and would competently testify to the truthfulness of all the below statements:

    1. I am the debtor in the instant bankruptcy proceeding, 2:18-bk-13504-WB.

2. I make this Declaration in support of my Motion to Avoid Junior Lien on Principal Residence.

3. That I am the owner of the real property located at 426 W. 81St Street, Los Angeles, CA 90003 ("Real Property")

4. That the real property is encumbered by 2 mortgage liens.

5. That the 1st lien is held by U.S. Bank N.A, Served by Mr. Cooper ("Mr. Cooper), in the amount of $ 344,927.88.

6. That the 2nd lien is held Ocwen Loan Servicing and/or Nationwide Credit Inc. and/or Meritage Mortgage Corporation ("Ocwen"), in the amount of $ 102,878.15.

7. That on April 15th, 2018, I obtained an appraisal by a Licensed Residential Property Appraisal, from Hector Perez.

8. That based on the review of Mr. Perez's appraisal, the value of the real property is $325,000.00.

9. That I respectfully request the Court to grant the Motion to Avoid Junior Lien in order to remove liens that are not secured by the real property based on the current value.

I declare under penalty of perjury under the laws of the United States of America on July 16, 2018 at Ontario, California.

*Andres Matias*
Andres Matias
Debtor

2 | P a g e

```
Lionel E. Giron, Esq. (SBN: 200450)
Kevin Tang, Esq. (SBN: 291051)
Law Offices of Lionel E. Giron
337 N. Vineyard Ave, Suite 100
Ontario, CA 91764
Tel: (909)397-7260   Fax: (909)397-7277
Email: ecf@lglawoffices.com

Attorneys for Debtor
```

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| Re:<br><br>Andres Matias,<br><br>Debtor, | Chapter 13<br><br>Case No.: 2:18-bk-13504-WB<br><br>**SUPPLEMENTAL DECLARATION OF HECTOR PEREZ IN SUPPORT OF DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br><br>**Hearing Date:**<br>Date: August 22, 2018<br>Time: 1:30 a.m.<br>Ctrm: 1375<br>Place: 255 E. Temple St., Los Angeles, CA 90012 |
|---|---|

**TO THE HONORABLE JULIA W. BRAND, OFFICE OF THE UNITED STATES TRUSTEE, SECURED CREDITORS, AND THEIR COUNSEL (IF KNOWN) AND TWENTY LARGEST UNSECURED CREDITORS:**

    I, Hector Perez, declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness, I could and would competently testify to the truthfulness of all the below statements:

    1. I, Hector Perez, declare that I am over the age of 18 years of age, and I am qualified to

testify as an expert witness in my capacity as a Licensed Residential Property Appraiser with license No. AR 007743.

2. That attached as, Exhibit A, to this declaration, is my report, which discloses all the data that I have used in forming my opinion.

3. That my opinion of the value of the collateral is $325,000.00, as of April 15th, 2018.

I declare under penalty of perjury under the laws of the United States of America on July 16, 2018 at Ontario, California.

*[signature]*

Hector Perez
Appraiser for Debtor

2 | P a g e

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
337 N.Vineyard Ave., Suite 100,
Ontario, CA 91764

A true and correct copy of the foregoing document entitled (*specify*): __Debtor's Motion to Avoid Junior Lien on Principal Residence__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **07/17/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy K Curry (TR)
TrusteeECFMail@gmail.com

Joseph C Delmotte on behalf of Creditor U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X
ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com

Joseph C Delmotte on behalf of Interested Party Courtesy NEF
ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com

Lionel E Giron on behalf of Debtor Andres Matias
notices@lglawoffice.com, tangkevin911@gmail.com;lglawadmin@ecf.courtdrive.com;ecf@lglawoffices.com

Merdaud Jafarnia on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **07/17/2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge's Copy:
Chambers of the Honorable, Julia W. Brand, 255 E. Temple Street, Suite 1382, Los Angeles, CA

Debtor, Secured Creditors, Unsecured Creditors, and All Interested Parties

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 07/17/2018 | Pablo Villalobos | /s/ Pablo Villalobos |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017          Page 6          **F 4003-2.4.JR.LIEN.MOTION**

**SERVED BY UNITED STATES MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
*(Attached page to Proof of Service of Document-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| 1st lienholder *(name and address)*<br>Mr. Cooper<br>Attn: Corporate Officer<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019 | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☑ Other: *(specify)*:<br>***Mortgage Statement*** | Delivery Method<br>☐ US Mail<br>☑ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:_____ |
|---|---|---|
| 1st lienholder *(name)* and Agent for Service of Process *(name and address)*<br>Mr. Cooper<br>Corporation service company which will do business in California as CSC-Lawyers Incorprating Service<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019 | Address from:<br>☐ Proof of Claim ☑ Secretary of State<br>☐ FDIC website ☐ Other: *(specify)*: | Delivery Method<br>☐ US Mail<br>☑ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:_____ |
| 1st lienholder *(name)* and Servicing Agent *(name and address)*<br>Mr. Cooper<br>Corporation service company which will do business in California as CSC-Lawyers Incorprating Service<br>251 Little Falls Dr.,<br>Wilmington, DE 197808 | Address from:<br>☐ Proof of Claim ☑ Secretary of State<br>☐ FDIC website ☐ Other: *(specify)*: | Delivery Method<br>☐ US Mail<br>☑ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:_____ |

| 2nd lienholder *(name and address)*<br>Ocwen Loan Servicing, LLC<br>Attn: Corporate Officer<br>P.O. Box 10354<br>Des Moines, IA 50306 | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☑ Other: *(specify)*:<br>***Mortgage Statement*** | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:_____ |
|---|---|---|
| 2nd lienholder *(name)* and Agent for Service of Process *(name and address)*<br>Ocwen Loan Servicing, LLC<br>Corporation service company which will do business in California as CSC-Lawyers Incorprating Service<br>1675 Palm Beach Lake Blvd.,<br>W. Palm Beach, FL 33401 | Address from:<br>☐ Proof of Claim ☑ Secretary of State<br>☐ FDIC website ☐ Other: *(specify)*: | Delivery Method<br>☐ US Mail<br>☑ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:_____ |
| 2nd lienholder *(name)* and Servicing Agent *(name and address)*<br>Ocwen Loan Servicing, LLC<br>Corporation service company which will do business in California as CSC-Lawyers Incorprating Service<br>251 Little Falls Dr.,<br>Wilmington, DE 197808 | Address from:<br>☐ Proof of Claim ☑ Secretary of State<br>☐ FDIC website ☐ Other: *(specify)*: | Delivery Method<br>☐ US Mail<br>☑ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:_____ |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017                                    Page 7                           F 4003-2.4.JR.LIEN.MOTION

| 3rd lienholder (name and address) | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: (specify): | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:_____ |
|---|---|---|
| 3rd lienholder (name) and Agent for Service of Process (name and address) | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: (specify): | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:_____ |
| 3rd lienholder (name) and Servicing Agent (name and address) | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: (specify): | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:_____ |

| Alternative/Additional Address (name and address)<br>**Nationwide Credit, Inc.**<br>**Attn: Corporate Officer**<br>**P.O. Box 14581**<br>**Des Moines, IA 50306** | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☑ Other: (specify):<br>*Mortgage Statement from Ocwen* | Delivery Method<br>☐ US Mail<br>☑ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:_____ |
|---|---|---|
| Alternative/Additional Address (name and address)<br>**Meritage Mortgage Corporation**<br>*Attn: Corporate Officer*<br>**6000 Sw Meadows Road, Suite 500**<br>**Lake Oswego, OR 97035** | Address from:<br>☑ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: (specify): | Delivery Method<br>☐ US Mail<br>☑ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:_____ |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017    Page 8    F 4003-2.4.JR.LIEN.MOTION

```
Label Matrix for local noticing              Los Angeles Division                 Mr. Cooper
0973-2                                       255 East Temple Street,              Attn: Bankruptcy
Case 2:18-bk-13504-WB                        Los Angeles, CA 90012-3332           8950 Cypress Waters Blvd
Central District of California                                                    Coppell, TX 75019-4620
Los Angeles
Tue Jul 17 19:55:09 PDT 2018

Nationstar Mortgage LLC d/b/a Mr. Cooper     Ocwen Loan Servicing                 U.S. Bank National Association
Nationstar Mortgage LLC d/b/a Mr. Cooper     Attn: Research Dept                  Nationstar Mortgage LLC d/b/a Mr. Cooper
Attn: Bankruptcy Dept.                       1661 Worthington R Ste 100           Attn: Bankruptcy Dept
PO Box 619096                                West Palm Beach, FL 33409-6493       PO Box 619096
Dallas TX 75261-9096                                                              Dallas TX 75261-9096

United States Trustee (LA)                   Andres Matias                        Lionel E Giron
915 Wilshire Blvd, Suite 1850                426 W. 81st Street                   Law Offices of Lionel E Giron
Los Angeles, CA 90017-3560                   Los Angeles, CA 90003-2708           337 N. Vineyard Ave.
                                                                                  Suite 100
                                                                                  Ontario, CA 91764-4454

Nancy K Curry (TR)
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017-2466
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Courtesy NEF                              (u)U.S. Bank National Association, not in its    End of Label Matrix
                                                                                               Mailable recipients    9
                                                                                               Bypassed recipients    2
                                                                                               Total                 11
```